IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:14CR3015-5 |
| V. | ) | |
| THOMAS WHITLOW, | ) | ORDER |
| Defendant. | ) | |

Upon consultation with counsel and with their agreement,

IT IS ORDERED that:

(1)   Trial of this matter is set to commence on Friday, June 20, 2014, with the selection of the jury and the taking of evidence. Trial will continue the following week. The court will be in recess on Tuesday, June 24, 2014, in the morning, with a trial session in the afternoon at 1:30 p.m. Counsel estimate that the trial time will not exceed four trial days.

(2)   To the extent necessary, the time between June 18, 2014 and June 20, 2014 is excluded under the Speedy Trial Act and in the interest of justice to accommodate the reasonable trial schedules of the defendant, witnesses, the Court and counsel. It is noted that several out-of-state witnesses will be required to attend the trial and the defendant resides out of state. See 18 U.S.C. § 3161.[1]

DATED this 16th day of May, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

[1] Counsel for the government believes that the 70th day is no earlier than Monday, June 23, 2014.