IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiffs,<br><br>       vs.<br><br>THOMAS WHITLOW,<br><br>                  Defendants. | **4:14CR3015**<br><br>**ORDER** |

After conferring with counsel and the defendant, and for the reasons stated on the record, the court finds the defendant's statements and conduct did not arise from delusional or suicidal thinking, and the defendant remains competent to stand trial.

Accordingly,

IT IS ORDERED that the competency concerns raised by the court, (Filing No. 160), are deemed moot: The defendant is competent.

July 17, 2014.

                                                            BY THE COURT:

                                                            *s/ Cheryl R. Zwart*
                                                            United States Magistrate Judge