IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | 4:14CR3015 |
| vs. | |
| THOMAS WHITLOW, | ORDER |
| Defendants. | |

Following the hearing on July 15, 2014, the court received additional information from the Marshal regarding the defendant's conduct while at the Saline County Jail. (Filing No. 165). This information may be relevant to the issues raised by the government's motion for depositions. (Filing No. 131).

IT IS ORDERED:

1) The evidentiary record on the government's motion for depositions is not closed.

2) On or before July 28, 2014, the parties shall raise any objections to the court taking judicial notice of the records received from the Marshal after the hearing, (Filing No. 165). Absent a timely objection, the records within Filing No. 165 will be received as evidence and will supplement the evidentiary record on the government's motion for depositions.

3) If either party objects to receipt of Filing No. 165, a party who wants the court to consider the information therein may request a supplemental evidentiary hearing on the facts and incidents raised in the Filing No. 165 documentation.

July 17, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge