IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | 4:14CR3015 |
| vs. | |
| THOMAS WHITLOW, | ORDER |
| Defendants. | |

Due to a lack of facilities in Jonesboro, Arkansas, the location for the deposition of E.E. must change. Based on the information from the attorneys,

IT IS ORDERED:

1) The deposition of the witness/victim set forth in the indictment as "E.E." will be taken at the United States Federal Building in Little Rock, Arkansas, on October 29, 2014 at 1:00 p.m. (CST).

2) The undersigned magistrate judge will not be ruling on any evidentiary objections raised during the deposition, such matters to be resolved by the presiding judge upon review of the deposition transcripts or recordings.

October 22, 2014

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge