IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
|     Plaintiff,  ) | 4:14CR3015 |
| ) | JUDGMENT OF ACQUITTAL |
| vs.  ) | |
| ) | |
| THOMAS WHITLOW,  ) | |
| ) | |
| ) | |
|     Defendant.  ) | |

    Upon motion by the defendant , and agreement by the government, during the jury trial held on November 17-19, 2014,

    IT IS ORDERED that counts II, III, VIII, IX, X, XI and XII of the indictment are dismissed with prejudice as against defendant Thomas Whitlow only.

    DATED November 20, 2014.

    BY THE COURT

    s/ John M. Gerrard
    United States District Judge