IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>THOMAS WHITLOW,<br><br>    Defendant. | **4:14CR3015**<br><br>**ORDER** |

IT IS ORDERED that:

1. The defendant's unopposed motion to continue sentencing date (filing 288) is granted.

2. Defendant Thomas Whitlow's sentencing is continued to February 27, 2015 at 10:30 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 5th day of February, 2015.

BY THE COURT:

_____
John M. Gerrard
United States District Judge