IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:14-CR-3015 |
| vs. | JUDGMENT |
| THOMAS WHITLOW, | |
| Defendant. | |

In accordance with the accompanying Order, the defendant's motion to vacate under 28 U.S.C. § 2255 (filing 387) is denied.

Dated this 10th day of June, 2019.

BY THE COURT:

_____
John M. Gerrard
Chief United States District Judge