IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:14-CR-3015 |
| vs. | ORDER |
| THOMAS WHITLOW, | |
| Defendant. | |

The defendant has filed a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) (filing 390) with respect to the Court's Order (filing 388) and Judgment (filing 389) denying his Motion to Vacate under 28 U.S.C. § 2255 (filing 387). He claims that the Court erred by not considering his argument for equitable tolling. *See* filing 390 at 1-4.

The Court didn't consider an equitable tolling argument because the defendant didn't make one. *See* filing 387. And Rule 59(e) doesn't allow an argument to be presented after judgment when it could have been presented earlier. *Anjulo-Lopez v. United States*, 541 F.3d 814, 818 n.3 (8th Cir. 2008).

But even had the defendant raised "equitable tolling," it wouldn't have made a difference. Equitable tolling can extend § 2255's statute of limitations. *See United States v. Martin*, 408 F.3d 1089, 1092 (8th Cir. 2005). But it doesn't permit a second or successive motion § 2255 motion without authorization from the Court of Appeals. *See* § 2255(h).

IT IS ORDERED that the defendant's motion to alter or amend the judgment (filing 390) is denied.

Dated this 8th day of July, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge